United States District Court
Southern District of Texas
**ENTERED**
March 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NO. 1 GOLD BUYER, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-15-3014 |
| § | |
| SENTINEL INSURANCE CO., LTD., § | |
| TRACEY WATSON, AND JOHN DOE, § | |
| § | |
| Defendants. § | |

### ORDER OF REMAND

For the reasons stated in the court's Memorandum and Opinion of even date, this action is remanded to the 125th District Court of Harris County, Texas.

SIGNED on March 3, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge